UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:08MJ2 |
| | ) | |
| v. | ) | |
| | ) | ORDER TO UNSEAL |
| MARK E. BRECHER | ) | |
| aka MARK B. BRECHER | ) | |
| | ) | |

**FILED**
CHARLOTTE, NC
JAN 8 2008
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an Order unsealing the Complaint in the above referenced case, and it appearing to the Court that said the reasons for sealing the Complaint no longer exist;

NOW, THEREFORE, IT IS ORDERED that the Complaint in the above-numbered case be unsealed.

This the 8th day of January, 2008.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE