UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:08-MJ-2

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| MARK E. BRECHER a/k/a | ) | |
| MARK B. BRECHER | ) | |

A hearing on the government's motion for revocation of the release order dated 9 January 2008 is hereby SET for Wednesday, 23 January 2008, at 12:30 p.m., Federal Courthouse, 310 New Bern Avenue, Raleigh, North Carolina, Courtroom 2. The court will conduct a *de novo* review and will consider the transcript of the 9 January 2008 detention hearing, No. 2:08-MJ-1001-DNF (M.D. Fl.), any additional evidence offered by the parties, any briefs filed by the parties, and the arguments of counsel. The U.S. Marshal Service is AUTHORIZED to transfer defendant from the Western District of North Carolina to the Eastern District of North Carolina for the hearing. Upon completion of the hearing, if defendant is not released, the U.S. Marshal Service shall return defendant to the Western District of North Carolina for pretrial confinement.

This 17 January 2008.

                                                            W. Earl Britt
                                                            Senior U.S. District Judge

/acp