UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:08MJ2-Britt

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING ADMISSION |
| | ) | *PRO HAC VICE* |
| MARK BRECHER, | ) | |
| Defendant | ) | |

This matter is before the Court on Andrew G. Tretter's Motion for Admission Pro Hac Vice.

For good cause shown, the Motion is hereby **GRANTED**.

**SO ORDERED**.

Signed: January 30, 2008

David C. Keesler
United States Magistrate Judge