UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

No. 3:08-MJ-2

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| MARK E. BRECHER a/k/a | ) | |
| MARK B. BRECHER | ) | |

This matter is before the court on defendant's consent motion to continue the hearing on the government's motion for revocation of the release order and the government's motion to seal its motion for revocation. The motion to continue is ALLOWED. The hearing on the government's motion for revocation of the release order is hereby CONTINUED to 17 March 2008, at 9:00 a.m., Federal Courthouse, 310 New Bern Avenue, Raleigh, North Carolina, Courtroom 2. The U.S. Marshal Service is AUTHORIZED to transfer defendant from the Western District of North Carolina to the Eastern District of North Carolina for the hearing. Upon completion of the hearing, if defendant is not released, the U.S. Marshal Service shall return defendant to the Western District of North Carolina for pretrial confinement.

For good cause shown, the motion to seal is ALLOWED.

This 31 January 2008.

W. Earl Britt
Senior U.S. District Judge